No. 11–8798.  LEPRE v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 11–8800.  THOMAS v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–8801.  AMALEMBA v. HOLDER, ATTORNEY GENERAL. C. A. 7th Cir.  Certiorari denied.

No. 11–8803.  BYRD v. HEATH, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 11–8809.  NELSON v. SAM'S CLUB.  C. A. 4th Cir.  Certiorari denied.

No. 11–8813.  WILSON v. HEDGPETH, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–8817.  GEORGE v. GANSHEIMER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–8820.  HUTCHINSON v. MILYARD, WARDEN, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 11–8821.  GASS v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 11–8824.  HULSEY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–8825.  GARY v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–8826.  EVANS v. GONZALEZ, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–8827.  DAY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir.  Certiorari denied.